UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  
Daniel L. Ward

Debtor(s)

BK No.: 17-38101

Chapter: 13

Honorable Timothy Barnes

## ORDER VACATING DISMISSAL ORDER

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due notices having been given:

It is hereby ORDERED:

1. The Order Dismissing Case for Material Default, Docket Number 46, is vacated.

2. The Debtor's case is reinstated.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: August 05, 2021

**Prepared by:**

Alexander Preber, ARDC #6324520
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100